U.S. MAGISTRATE JUDGE J. KELLEY ARNOLD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| THE ARC OF WASHINGTON STATE, INC., ET AL., | NO.  C99-5577 JKA |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| LYLE QUASIM, ET AL., | |
| Defendants. | |

THIS MATTER coming before the Court upon stipulation and agreement of the parties, through their respective counsel, and it appearing that all agreed costs have been paid by the Defendants, said action should be dismissed with prejudice and without further costs to either party.

IT IS THEREFORE ORDERED, that the above-captioned action and all causes of action therein are dismissed with prejudice and without further costs to either party.

DATED this 24th day of May, 2007.

*/s/ J. Kelley Arnold*
J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL
-- NO.  C99-5577 JKA

1